UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mykayla Fagnani,<br><br>                    Plaintiff,<br><br>    -against-<br><br>Namaste Laboratories, L.L.C.,<br><br>                    Defendant. | 25 Civ. 1515 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

Plaintiff filed this action on February 21, 2025. *See* ECF No. 1. The Clerk of Court issued summonses as to the Defendant on February 24, 2025. *See* ECF No. 5. Plaintiff has not filed proof of service as to the Defendant. Under Federal Rule of Civil Procedure 4(m), a plaintiff must complete service within ninety days and failure to do so can result in dismissal.

It is hereby **ORDERED** that Plaintiff shall file proof of service on ECF **by June 3, 2025.** If no such proof of service is timely filed, this case will be dismissed for failure to prosecute.

Dated: May 27, 2025
       New York, New York

SO ORDERED.

_____
DALE E. HO
United States District Judge