UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYKAYLA FAGNANI                         :

       Plaintiff,                          :
                                                           ORDER
                                              :
   -v.-                                                          25 Civ. 1515 (GWG)
                                              :

NAMASTE LABORATORIES, L.L.C.,
                                              :
       Defendant.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The Affidavit of Service filed on this matter (Docket # 7) is insufficient as it does not indicate the basis for the contention that "Alyassa Marino" is the "authorized agent" of the defendant.   On or before June 17, 2025, plaintiff is directed either to file a proper affidavit of service or to file an affidavit indicating who "Alyassa Marino" is and why she is the "authorized agent" of the defendant.

       SO ORDERED.

Dated:  June 10, 2025
           New York, New York

                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge