UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYKAYLA FAGNANI                                        :

       Plaintiff,                                               :
                                                             ORDER

   -v.-                                                              :

                                                     :        25 Civ. 1515 (GWG)
NAMASTE LABORATORIES, L.L.C.,
                                                     :

       Defendant.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       As the Court noted in its order of June 10, 2025 (Docket # 9), the Affidavit of Service filed in this matter as Docket # 8 was insufficient as it did not indicate the basis for the contention that "Alyassa Marino" is the "authorized agent" of the defendant.   The Court therefore directed plaintiff to either file a proper affidavit of service or file an affidavit indicating who "Alyassa Marino" is and why she is the "authorized agent" of the defendant.  (Docket # 9).

       Plaintiff has now filed an affidavit of service (Docket # 10) identical to Docket #8 except that the phrase "authorized agent" has been changed to "receptionist/intake specialist."   The implication of this affidavit is that Alyassa Marino is a "receptionist/intake specialist" employed by Namaste Laboratories, L.L.C.

       On or before June 23, 2025, plaintiff is directed to file a sworn statement indicating the basis for believing that Alyassa Marino is a receptionist/intake specialist employed by Namaste Laboratories, L.L.C. In addition, on or before the same date, plaintiff shall file a memorandum of law quoting the statute or rule upon which plaintiff relies for service and explaining why the affidavit shows compliance with that statute or rule.

       SO ORDERED.

Dated: June 16, 2025
       New York, New York

                                                                           _____
                                                                          GABRIEL W. GORENSTEIN
                                                                          United States Magistrate Judge