```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MYKAYLA FAGNANI                                 :

              Plaintiff,                        :
                                                                    ORDER
        -v.-                                    :

                                                :       25 Civ. 1515 (GWG)
NAMASTE LABORATORIES, L.L.C.,
                                                :
              Defendant.
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The requested extension under Fed. R. Civ. P. 4(m) is granted.   The Court accepts that it appears the defendant was properly served.   Nonetheless, in light of the Court's experience that service on the Secretary of State does not always result in actual notice, the plaintiff is directed to (1) mail a copy of this Order along with the summons and complaint to any known address of the company (other than the agent designated for service); (2) email and mail a copy of this Order along with the summons and complaint to the attorney representing defendant in a litigation in the Northern District of Illinois (Docket # 23 Civ. 818, N. D. Ill).   That individual is:

    Barry J. Thompson
    Baker & McKenzie, LLP
    10250 Constellation Boulevard, Suite 1850
    Los Angeles, CA 90067

    Barry.Thompson@bakermckenzie.com

It is requested that Mr. Thompson inform an individual with authority at Namaste Laboratories, L.L.C. that service was purportedly made on the company in this case on June 2, 2025, and that the time to answer has expired.

Plaintiff shall file a sworn statement showing compliance with this Order on or before July 13, 2025.

SO ORDERED.

Dated: June 30, 2025
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge